**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **AVIONIQS, LLC,**<br><br>                    Plaintiff,<br><br>   v.<br><br>**DELTA AIR LINES, INC.,**<br><br>                    Defendant. | Case No. 3:15-cv-374<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Avioniqs, LLC ("Avioniqs") and Defendant Delta Air Lines, Inc. ("Delta") file this agreed motion to dismiss with prejudice.  The parties have agreed to settle all claims and counterclaims in the above-captioned action.  The parties, therefore, move this Court to dismiss this action and all claims and counterclaims between Plaintiff Avioniqs and Defendant Delta made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Wherefore, Plaintiff Avioniqs respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: November 4, 2015                             Respectfully submitted,

                                                                                 */s/ Craig Tadlock*
                                                                                Craig Tadlock
                                                                                State Bar No. 00791766
                                                                                John J. Harvey, Jr.
                                                                                State Bar No. 09179770
                                                                                Keith Smiley
                                                                                State Bar No. 24067869
                                                                                **TADLOCK LAW FIRM PLLC**
                                                                                2701 Dallas Parkway, Suite 360
                                                                                Plano, Texas 75093

903-730-6789

craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Avioniqs, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 4, 2015, counsel for Plaintiff and counsel for Defendant conferred regarding this motion. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

                 */s/ Craig Tadlock*
                 Craig Tadlock

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 4, 2015.

                 */s/ Craig Tadlock*
                 Craig Tadlock